UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>) Criminal No. 24-mj-6849-MPK<br>ALEKSEI ANDRIUNIN, )<br>a/k/a "Alex Andryunin", )<br>)<br>Defendant ) | |

GOVERNMENT MOTION TO UNSEAL
IN THE ABOVE-CAPTIONED CASE

The United States Attorney hereby respectfully moves the Court to unseal the docket in the above-captioned case. As grounds for this motion, the government states that public disclosure of these materials is no longer likely to jeopardize the ongoing investigation of this case.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Christopher J. Markham
CHRISTOPHER J. MARKHAM
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated: 10/08/2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
Assistant United States Attorney

Dated:  10/08/2024